TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00391-CV

Ross Technology, Inc., Appellant

v.

Hummingbird Communications, Ltd.., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 98-10439 HONORABLE JERRY A. DELLANA, JUDGE PRESIDING

PER CURIAM

 Appellant Ross Technology, Inc. moves to withdraw its notice of appeal. 
Hummingbird Communications, Ltd. expressly does not oppose the motion. We grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.2(a).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion.

Filed: June 7, 2001

Do Not Publish